**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEJANDRO HERRERA,<br><br>          Defendant. | Case No.: 16po754 NLS<br><br>**ORDER** |

Pursuant to the Settlement Agreement of the parties, and good cause appearing, it is ORDERED that Central Violations Bureau Citation 4551979, filed in this Court as 16po754 NLS, is deemed resolved in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:   April 1, 2016

_(signature)_

Hon. Nita L. Stormes
United States Magistrate Judge